ORIGINAL

**FILED**

08/31/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0293

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0293



FILED

AUG 3 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

CHRIS FINK,

      Petitioner,

v.

JIM SALMONSEN

      Respondent.

ORDER

---

Chris Fink has filed a motion for reconsideration of this Court's July 13, 2021 Order denying him habeas corpus relief. We deem his motion a petition for rehearing, pursuant to our rules. M. R. App. P. 20(1).

Fink argues he is entitled to release from prison because of a wrongful conviction based on his mental breakdown while jailed for more than 886 days. He asserts his guilty plea is invalid. He attaches copies of letters he has sent to the Yellowstone County Detention Facility and Billings Clinic, requesting that those records for the years of 2012 to 2015 be sent to this Court.

In our previous Order, we explained that Fink's claims about his conviction are too late to be remedied. "Fink cannot collaterally attack his conviction some seven years later. By not appealing, he has exhausted the remedy of appeal and is precluded from bringing his claims now through this writ. We further point out that by entering a guilty plea, he has waived any claims of mistreatment or ineffective assistance of counsel."

M. R. App. P. 20(1)(d) states that this Court will grant petitions for rehearing concerning a petition for relief when the petitioner demonstrates extraordinary circumstances. Fink has not made such a demonstration. Moreover, this Court cannot review medical records or other documents that may be sent here for purposes of this original proceeding. Therefore,

IT IS ORDERED that Fink's Petition for Rehearing is DENIED.

The Clerk shall provide a copy of this Order to counsel of record and to Chris Fink personally.

DATED this 31st day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2